IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEN GORDON, G7, INC, and
BG4, INC.,

    Plaintiffs and Creditors,

    v.

VITALIS PARTNERS, LLC; LARRY HARMON & ASSOCIATES, P.A.; KCD DEVELOPMENTS, LLC; LARRY HARMON, and individual, and KENNY CRUZ, an individual,

    Defendants.
_____/

No. 2:10-mc-00070 WBS KJN

ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR LARRY W. HARMON

        Presently before the court is plaintiffs and creditors' ("plaintiffs") *Ex Parte* Application for Order Requiring Examination of Judgment Debtor Larry W. Harmon.[1] (Dkt. No. 8.)  Plaintiffs separately filed an Application and Order for Appearance and Examination on Judicial Council of California Form A-138, EJ-125 [Rev. July 1, 2000].  (Dkt. No. 9.)  These filings will be referred to collectively as the "Applications."

        Having concluded that plaintiff's *ex parte* Applications make the showing required by Federal Rule of Civil Procedure 69(a)(2) and the applicable provisions of California

---

[1] This matter proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(11) and 28 U.S.C. § 636(b)(1).

1

1  Code of Civil Procedure §§ 708.110 et seq., IT IS HEREBY ORDERED that defendant and
2  judgment debtor Larry W. Harmon shall appear personally on **Monday, January 10, 2011, at**
3  **9:00 a.m.**, in Courtroom 25 of the United States District Courthouse, located at **501 "I" Street,**
4  **Sacramento, California, 95814**, to answer questions concerning defendant and judgment debtor
5  Larry W. Harmon's real and personal property.[2]

**NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**[3]

IT IS SO ORDERED.

DATED: December 15, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[2] In connection with their request for an order requiring Larry W. Harmon to appear for a judgment debtor examination, plaintiffs request that the court order Mr. Harmon to bring with him documents and other materials in his possession, custody, or control that are responsive to 129 requests for production of documents. The undersigned expresses no view regarding plaintiffs' document requests, and those requests do not form part of this order. Plaintiffs are reminded that such requests must conform to the procedures and other requirements of the Federal Rules of Civil Procedure or the California Code of Civil Procedure. See Fed. R. Civ. P. 69(a)(2) ("In aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person—including the judgment debtor—as provided in these rules or by the procedure of the state where the court is located."); see also Cal. Civ. Proc Code § 708.030 (addressing, in part, requests for the inspection of documents made by judgment creditors).

[3] See Cal. Civ. Proc. Code § 708.110(e).