1

JAMES J. BANKS (SBN 119525)
ROBERTA LINDSEY SCOTT (SBN 117023)

2

BANKS & WATSON
Hall of Justice Building

3

813 6th Street, Suite 400
Sacramento, CA  95814-2403

4

Telephone:   (916) 325-1000
Facsimile:    (916) 325-1004

5

Email: jbanks@bw-firm.com
Email: rlscott@bw-firm.com

6

7

Attorneys for Defendant,
LARRY W. HARMON

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10

11

BEN GORDON, G7, INC., and BG4, INC.,

Case No. 2:10-mc-00070-WBS-KJN

12

Plaintiffs and Creditors,

**STIPULATION AND [PROPOSED] ORDER
RE ORDER FOR APPEARANCE AND
EXAMINATION OF JUDGMENT DEBTOR
LARRY W. HARMON**

13

v.

14

VITALIS PARTNERS, LLC; LARRY HARMON
& ASSOCIATES, P.A.; KCD DEVELOPMENTS,

15

LLC; LARRY HARMON, an individual, and
KENNY CRUZ, an individual.

**DATE:      January 10, 2011
TIME:       9:00 A.M.
COURTROOM:  25**

16

17

Defendants.

18

19

WHEREAS, on or about December 15, 2010, this Court ordered that judgment debtor, Larry W.

20

Harmon, appear personally on Monday, January 10, 2011, at 9:00 A.M., in Courtroom 25 of the United

21

States District Courthouse, to answer questions regarding his real and personal property; and

22

WHEREAS, Mr. Harmon has a childcare conflict on that date, which conflict has been called to

23

the attention of plaintiffs' and creditors' counsel, Mr. Stephen H. Turner; and

24

WHEREAS, plaintiffs and creditors and Mr. Harmon are meeting and conferring regarding a

25

production of documents in advance of the debtor's examination to permit Mr. Turner sufficient time to

26

review documents to permit him to conduct a meaningful examination.

27

WHEREAS, today Mr. Harmon's counsel, James J. Banks, contacted Mr. Turner to inquire

28

about a continuance of the appearance and examination to January 28, 2011, a date on which

Mr. Harmon is available.  Counsel met and conferred about that issue.  Mr. Turner subsequently advised that plaintiffs and creditors will so stipulate provided:  (1) there are no further continuances of the examination; and (2) Mr. Harmon will produce non-privileged responsive documents at least two business days in advance of the continued examination date (subject to Mr. Harmon's objections to the plaintiffs' and creditors' subpoena therefor).  Mr. Banks communicated Mr. Harmon's agreement to those conditions.

WHEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

The date of Mr. Harmon's examination as previously ordered by this Court shall be continued from January 10, 2011 to January 28, 2011.  The time and location of the examination shall remain the same.

DATED:  January 3, 2011                    BANKS & WATSON

                                    By:  /s/ James J. Banks
                                         JAMES J. BANKS
                                         Attorneys for Defendant LARRY W. HARMON

DATED:  January 3, 2011                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                    By:  /s/ Stephen W. Turner (as authorized on 01/03/11)
                                         STEPHEN W. TURNER
                                         Attorneys for Plaintiffs and Creditors BEN
                                         GORDON, G7, INC., and BGR, INC.

IT IS SO ORDERED.

DATED:  January 4, 2011

                                    /s/ Kendall J. Newman
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE