IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEN GORDON, G7, INC, and
BG4, INC.,

     Plaintiffs and Creditors,     No. 2:10-mc-00070 WBS KJN

  v.

VITALIS PARTNERS, LLC; LARRY
HARMON & ASSOCIATES, P.A.;
KCD DEVELOPMENTS, LLC; LARRY
HARMON, and individual, and KENNY
CRUZ, an individual,

     Defendants.     ORDER
_____/

     Presently before the court[1] is plaintiffs and judgment creditors' ("plaintiffs") Motion to Charge Partner's Interest ("Motion") against the interest of defendant and debtor Larry Harmon & Associates, P.A. in the partnership known as Harmon-Castillo, LLP.  (Dkt. No. 48.)  The Motion is unopposed.  The court having considered the pleadings filed in connection with the Motion, and pursuant to California Code of Civil Procedure §§ 708.310-708.320 and California Corporations Code § 16504, grants the Motion.  (Dkt. No. 48.)

---

[1] This matter proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(11) and 28 U.S.C. § 636(b)(1).

1

Accordingly, IT IS HEREBY ORDERED:[2]

1. That the interest of Larry Harmon & Associates, P.A., in the partnership known as Harmon-Castillo, LLP, purported to be a California Limited Liability Partnership whose address is 2250 Douglas Boulevard, Suite 160, Roseville, California 95661-4207, is hereby charged with the unpaid balance of the judgment entered in favor of plaintiffs and against Larry Harmon & Associates, P.A., on January 27, 2010 in the United States District Court, Northern District of Illinois, and registered in this District on June 25, 2010, in the principal sum of $1,386,666.67 plus interest thereon at the legal rate of 0.31% per annum from January 27, 2010.

2. That Harmon-Castillo, LLP and its general partners Larry Harmon & Associates, P.A., and Castillo Ventures, Inc., shall pay any money or property due or to become due to Larry Harmon & Associates, P.A., directly to plaintiffs until the amount remaining due on the judgment, plus all accrued interest thereon is paid in full.

IT IS SO ORDERED.

DATED: May 7, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[2] The undersigned adopts the language from the proposed order submitted by plaintiffs.

2