IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEN GORDON, G7, INC, and
BG4, INC.,

    Plaintiffs and Creditors,

v.

VITALIS PARTNERS, LLC; LARRY
HARMON & ASSOCIATES, P.A.;
KCD DEVELOPMENTS, LLC; LARRY
HARMON, and individual, and KENNY
CRUZ, an individual,

    Defendants.
_____/

No. 2:10-mc-00070 WBS KJN

ORDER FOR APPEARANCE AND
EXAMINATION OF JUDGMENT
DEBTOR LARRY W. HARMON

        Presently before the court[1] is defendants and judgment debtors' ("defendants") Ex Parte Application For Omnibus Extension Of Time To Respond To Discovery Propounded To Judgment Debtors Larry Harmon, Larry Harmon & Associates, P.A. And Vitalis Partners, LLC, And To Set A Date Certain For Larry Harmon's Debtor's Exam ("Application"). (Dkt. No. 64.) On May 8, 2012, the court granted the Application as to defendants' request for an extension until June 18, 2012, for the time to respond to the requests to produce documents and special interrogatories, set one, propounded by plaintiffs and judgment creditors ("plaintiffs") to

---

[1] This matter proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(11) and 28 U.S.C. § 636(b)(1).

1

1  defendants. (Dkt. No. 66.) The court further instructed the parties to confer and advise the court
2  as to defendants' request that Larry Harmon's ("Harmon") debtor's examination be set for a date
3  certain during the week of July 16, 2012. (Dkt. No. 66.) Defendants have now advised the court
4  that the parties have agreed to set Harmon's debtor's examination for a date certain during the
5  week of July 16, 2012. (Dkt. No. 67.)

6        Accordingly, and the court having concluded that plaintiffs' ex parte Application
7  makes the showing required by Federal Rule of Civil Procedure 69(a)(2) and the applicable
8  provisions of California Code of Civil Procedure §§ 708.110 et seq., IT IS HEREBY ORDERED
9  that defendant and judgment debtor Larry W. Harmon shall appear personally on **Thursday,**
10 **July 19, 2012, at 9:00 a.m.**, in Courtroom 25 of the United States District Courthouse, located at
11 **501 "I" Street, Sacramento, California, 95814**, to answer questions concerning defendant and
12 judgment debtor Larry W. Harmon's real and personal property.

13       **NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE**
14 **TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO**
15 **ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY**
16 **MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S**
17 **FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**
18       IT IS SO ORDERED.
19 DATED: May 16, 2012

                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE